# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 09-157** |
| **CHARLES RAYMOND** | **SECTION I** |

## ORDER

Before the Court is a motion for an out-of-time appeal filed by defendant, Charles Raymond ("Raymond"), pursuant to 28 U.S.C. § 2255.[1] The government has filed an opposition, but it did not address whether Raymond's § 2255 motion is timely.[2]

**IT IS ORDERED** that if the government does not intend to waive the statute of limitations defense, it shall file a memorandum with respect to the timeliness of Raymond's motion **no later than Tuesday, April 30, 2013**. *See Wood v. Milyard*, 132 S. Ct. 1826 (2012); *United States v. Pierce*, 489 F. App'x 767 (5th Cir. 2012). The government should specifically address whether the one-year limitations period was tolled by the amended judgment entered on April 2, 2012, which modified the restitution order to name additional defendants responsible for the restitution obligation. *See, e.g.*, 18 U.S.C. § 3664(o) ("A sentence that imposes an order of restitution is a final judgment notwithstanding the fact that . . . such a sentence can subsequently be . . . amended . . . or . . . adjusted.").

---

[1] R. Doc. No. 460.

[2] R. Doc. No. 461.

**IT IS FURTHER ORDERED** that defendant shall file a response to the government's defense, if any, by **Tuesday, May 7, 2013**.

New Orleans, Louisiana, April 23, 2013.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**